UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR98-0112-JCC-JPD |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JEREMIE ALLAN VILLINES, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial probation revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on July 22, 2005. The United States was represented by Assistant United States Attorney Vincent Lombardi, and the defendant by Mr. David W. Roberson. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about July 6, 1998, to thirty (30) months in custody and five (5) years of supervised release by the Honorable John C. Coughenour on a charge of armed bank robbery.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, substance-abuse and mental-health treatment programs, no possession of firearms, mandatory drug testing, search, DNA collection, placement in a community corrections center for two months, financial disclosure, and

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

restitution.

Defendant's sentence was revoked on September 5, 2003, because of admitted violations of his conditions of supervised release, and sentenced to time served, plus a term of supervised release of fifty-five (55) months.

On March 25, 2005, defendant's sentence was revoked again on violations of conditions of his supervised release, and was sentenced to three months in custody followed by two (2) months in a halfway house.

Defendant was arrested on July 11, 2005, and charged with violations of conditions of his supervised release, which were denied by defendant at his initial appearance. Defendant was remanded to custody until such time as the revocation of supervised release evidentiary hearing was held on July 22, 2005.

In the Pretrial Petition for Warrant or Summons for Offender dated June 28, 2005, Mr. Brian H. Rogers, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Committing the crime of disorderly conduct on June 1, 2005, in violation of Bellingham Municipal Code 10.24.010, in violation of the general condition that he not commit another federal, state, or local crime.

(2) Consuming alcohol on June 1, 2005, in violation of the special condition that he abstain from the use of alcohol and other intoxicants during the term of supervision.

(3) Failing to notify the probation officer within seventy-two (72) hours of law enforcement contact on June 1, 2005, in violation of standard condition number 11.

The defendant admitted to violations number 2 and 3, and waived any evidentiary hearing as to whether they occurred.

At the revocation hearing, the government dismissed alleged violation number 1.

I therefore recommend that the Court find the defendant violated his conditions of supervised release as to violations number 2 and 3, and that the Court conduct a hearing limited

to disposition of these violations.

A disposition hearing on violation numbers 2 and 3 has been set before the Honorable John C. Coughenour for July 29, 2005, at 9:00 a.m. Pending a final determination by the Court, the defendant has been detained.

DATED this 25th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable John C. Coughenour
     AUSA:                     Mr. Vincent Lombardi
     Defendant's attorney:     Mr. David W. Roberson
     Probation officer:        Mr. Brian H. Rogers

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3